UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY BOBB SEQUEIRA,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-12133-JST

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING**

Re: ECF No. 4

Respondents are currently subject to a temporary restraining order ("TRO") that enjoins them "from re-detaining Petitioner without notice and a pre-deprivation hearing before a neutral decisionmaker," "from removing Petitioner from this judicial district," and "from removing Petitioner from the United States until these proceedings have terminated." ECF No. 4 at 5. A preliminary injunction hearing is scheduled for November 2, 2026, at 9:00 am. *Id.* The TRO is set to expire on November 3, 2026, at 6:45 a.m. *Id.* at 6.

Rule 65 of the Federal Rules of Civil Procedure allows a court to extend a TRO issued without notice for up to 14 days "for good cause" or if "the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). The Court will be selecting a jury in the matter of *United States v. Pokorny*, No. 26-cr-00018 (N.D. Cal.), a felony in which the defendant is in custody, on November 2, 2026. Accordingly, the Court finds good cause to extend the TRO until November 4, 2026, at 6:45 a.m.

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

The preliminary injunction hearing is continued to November 3, 2026, at 1:30 p.m. If the parties jointly so request, the Court is amenable to a further continuance of the preliminary injunction hearing or an enlargement of the briefing deadlines.

**IT IS SO ORDERED.**

Dated: October 20, 2026

JON S. TIGAR
United States District Judge